

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00355-CR

The **STATE** of Texas,
Appellant

v.

Jesus Alejandro **CHAPA-LOPEZ**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. 14-CRS-310
Honorable Ana Lisa Garza, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with the court's memorandum opinion of this date, the appellant's motion to dismiss this appeal is GRANTED, and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.2(a).

SIGNED September 9, 2015.

_____
Karen Angelini, Justice